# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-3775
_____

United States of America

*Plaintiff - Appellee*

v.

Jamil Arthur Steward

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa
_____

Submitted: September 6, 2022
Filed: September 8, 2022
[Unpublished]
_____

Before LOKEN, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jamil Steward appeals the sentence the district court[1] imposed after he pled guilty to drug and weapons offenses. His counsel has moved to withdraw and has

---

[1]The Honorable John A. Jarvey, then Chief Judge, United States District Court for the Southern District of Iowa, now retired.

filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.  After careful review, we conclude the district court did not abuse its discretion in sentencing Steward.  *See United States v. Brown*, 992 F.3d 665, 673 (8th Cir. 2021) (standard of review); *United States v. Moore*, 581 F.3d 681, 684 (8th Cir. 2009) (stating where district court has sentenced defendant below advisory United States Sentencing Guidelines Manual range, "it is nearly inconceivable" sentencing court abused its discretion by not varying downward further).  Additionally, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____